1  MAGGY ATHANASIOUS, Bar No. 252137
   mathanasious@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
3  Los Angeles, CA  90067.3107
   Telephone:     310.553.0308
4  Facsimile:     310.553.5583

5  TIMOTHY S. ANDERSON, Admitted Pro Hac Vice
   tanderson@littler.com
6  LITTLER MENDELSON, P.C.
   1100 Superior Avenue, 20th Floor
7  Cleveland, OH 44114
   Telephone:     216.696.7600
8  Facsimile:     216.696.2038

9  Attorneys for Defendant
   OFFICEMAX NORTH AMERICA, INC.
10

[FILED stamp: CLERK, U.S. DISTRICT COURT, SEP - 9 2013, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUREHMAN BANIHAMED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation, ANDREW DUNCAN, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:13-cv-03814-FMO-VBK<br><br>JUDGE FERNANDO M. OLGUIN<br><br>**PROTECTIVE ORDER PURSUANT TO STIPULATION FILED ON SEPTEMBER 4, 2013**<br><br>NOTE CHANGES MADE BY THE COURT. |

Pursuant to Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the provisions of the Stipulation Regarding Protective Order signed by counsel of record for all parties in the above-captioned matter and filed on September 4, 2013 are adopted as the ORDER of this Court effective as of the date of this Order.

[Handwritten addition: "See Addition on pg 2, line 26. Information may not be designated as 'confidential' solely because it may generally invade a party's 'privacy.'"]

DATED: 9-9-2013          BY: _____
                              Honorable Fernando M. Olguin
                              Judge of the District Court

-1-

Protective Order Pursuant to Stipulation