JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUREHMAN BANIHAMED, | Case No. CV 13-3814 FMO (VBKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OFFICEMAX NORTH AMERICA, INC, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, filed on October 8, 2013, IT IS ADJUDGED THAT the above-captioned action is **dismissed with prejudice**.

Dated this 9th day of October, 2013.

/s/
Fernando M. Olguin
United States District Judge